IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

LEWIS C. CRAWFORD, ET AL.

§

V.   CASE NO. 6:07CV401

CITIBANK, ET AL   §

MEDIATION REPORT

A mediation conference was held on April 25, 2008.

All required parties to the mediation were present or represented.

The mediation resulted in a SETTLEMENT.

Mediator's note: The parties agreed to file a joint motion to dismiss after the agreement is signed and the contingencies met. The Court can expect the motion to dismiss to be filed within thirty days.

**SIGNED** this 25th day of April, 2008.

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE
Assigned Mediator