## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| LEWIS C. CRAWFORD and § | |
| DARTHA D. CRAWFORD § | |
| § | |
| v. § | Case No. 6:07-cv-401 |
| § | |
| CITIBANK, N.A., § | |
| ARS NATIONAL SERVICES, INC. and § | |
| LVNV FUNDING, LLC § | |

### FINAL JUDGMENT

Pursuant to the Court's order dismissing the case with prejudice filed in this matter on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

SIGNED this 14th day of May, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE